In re TOWN BOARD OF OYSTER BAY. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) In the mat-

ter of an appeal from an order made by the Town Board of Oyster Bay, dismissing charges against John S. Burke, as Superintendent of Highways, etc. No opinion. Motion for stay granted, without costs.